# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | LUCIAN JEROME & SHERRI LOUISE MC KINNEY |
| **Case Number:** | 2:09-BK-12663-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 10:00 AM  6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA MORGAN |

## Matter:

TRUSTEE'S MOTION TO DISMISS.

**R / M #:**   42 / 0

## Appearances:

RONALD L. HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY

## Proceedings:

Mr. Hoffbauer reviewed this case for the Court, stating that the trustee is willing to allow the debtors 30 days to comply, although he is aware that the case may be dismissed for not filing the payment advices.

COURT:  COUNSEL MAY UPLOAD A FORM OF ORDER GRANTING THE TRUSTEE'S MOTION TO DISMISS.  IF THE TRUSTEE FINDS THAT AN EXTENSION TO FILE PAYMENT ADVICES HAS BEEN GRANTED, THE TRUSTEE MAY INSTEAD UPLOAD AN ORDER ALLOWING THE DEBTORS 30 DAYS TO COMPLY.

Copy of the foregoing mailed on 10/30 to:

**BILL KING**
BILL KING PC
7150 E CAMELBACK RD #444
SCOTTSDALE, AZ 85251
by:  L. Beller