# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | LUCIAN JEROME & SHERRI LOUISE MC KINNEY |
| Case Number: | 2:09-BK-12663-EWH  Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 11, 2010 01:30 PM  6TH FLOOR #602 |
| Bankruptcy Judge: | EILEEN W. HOLLOWELL |
| Courtroom Clerk: | LUANN BELLER |
| Reporter / ECR: | KAYLA MORGAN |

### Matter:

CONTINUED ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 18403 W. VERDIN RD., GOODYEAR, AZ 85338 FILED BY WELLS FARGO BANK, N.A.

R / M #: 45 / 0

### Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

### Proceedings:

Mr. McDonald informed the Court that this hearing can be vacated.

COURT: IT IS ORDERED VACATING THIS HEARING.