FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                              Case No.: 2:09−bk−12663−EWH

    LUCIAN JEROME MC KINNEY            Chapter: 13
    18403 W VERDIN ROAD
    GOODYEAR, AZ 85338
    **SSAN:** xxx−xx−0933
    **EIN:**

    SHERRI LOUISE MC KINNEY
    18403 W VERDIN ROAD
    GOODYEAR, AZ 85338
    **SSAN:** xxx−xx−7970
    **EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on February 17, 2010, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: February 17, 2010**

**Address of the Bankruptcy Clerk's Office:**                Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                            **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: torresk              Page 1 of 1                Date Rcvd: Feb 17, 2010
Case: 09-12663                 Form ID: ntcntry           Total Noticed: 3
```

The following entities were noticed by first class mail on Feb 19, 2010.
```
db/jdb      +LUCIAN JEROME MC KINNEY,    SHERRI LOUISE MC KINNEY,    18403 W VERDIN ROAD,
             GOODYEAR, AZ 85338-5081
aty         +BILL KING,    BILL KING PC,    7150 E CAMELBACK RD #444,    SCOTTSDALE, AZ 85251-1257
aty         +RONALD L. HOFFBAUER,    EDWARD J. MANEY, CHAPTER 13 TRUSTEE,    P.O. BOX 10434,
             PHOENIX, AZ 85064-0434
```
The following entities were noticed by electronic transmission.
```
NONE.                                                                                       TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**            Signature: _Joseph Speetjens_