**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15393/0150669752

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lucian Jerome McKinney and Sherri Louise McKinney<br>       Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>       Movant,<br>    vs.<br><br>Lucian Jerome McKinney and Sherri Louise McKinney, Debtors, Edward J. Maney, Trustee.<br><br>       Respondents. | No. 2:09-bk-12663-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #45) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is, further described as:

> Lot 42, of ESTRELLA MOUNTAIN RANCH PARCEL 100B, according to the Plat of Record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 725 of Maps, Page 1.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: torresk            Page 1 of 1              Date Rcvd: Feb 17, 2010
Case: 09-12663                 Form ID: pdf004          Total Noticed: 3
```

The following entities were noticed by first class mail on Feb 19, 2010.
```
db/jdb     +LUCIAN JEROME MC KINNEY,   SHERRI LOUISE MC KINNEY,   18403 W VERDIN ROAD,
            GOODYEAR, AZ 85338-5081
aty        +BILL KING,   BILL KING PC,   7150 E CAMELBACK RD #444,   SCOTTSDALE, AZ 85251-1257
aty        +RONALD L. HOFFBAUER,   EDWARD J. MANEY, CHAPTER 13 TRUSTEE,   P.O. BOX 10434,
            PHOENIX, AZ 85064-0434
```

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**                        Signature:        *Joseph Speetjens*